UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BOSTON GEORGE GRACE, JR.                                            PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:08CV227-RHW

HARRISON COUNTY ADULT DETENTION CENTER et al            DEFENDANTS

## FINAL JUDGMENT

In accordance with Federal Rule of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendant is DISMISSED without prejudice.

SO ORDERED, this the 12th day of January, 2009.

                                            s/ *Robert H. Walker*
                                            UNITED STATES MAGISTRATE JUDGE